UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **LINDA DOLES MARTIN** | § § § | Docket No. 2:23-cv-04255 |
| Versus | § § § | Judge: WENDY B VITTER |
| **STATE FARM FIRE & CASUALTY COMPANY** | § § § | Magistrate Judge: JANIS VAN MEERVELD |

## VOLUNTARY MOTION TO DISMISS

NOW INTO COURT, comes undersigned counsel, and respectfully request this Honorable Court to grant its Voluntary Motion to Dismiss for the reasons set forth below.

1. Plaintiff, LINDA DOLES MARTIN, initially signed a contract of representation with McKinney, Mosley and Associates (hereinafter "MMA");

2. As this Court is well aware, MMA was subsequently removed from representation in all cases involving Hurricane Ida;

3. The file was referred to the Galindo Law Firm for further handling and Galindo Law firm attempted to contact, without success, Plaintiff;

4. On August 25, 2023, in an abundance of caution and in order to preserve Plaintiff's rights, Galindo Law Firm filed a complaint to avoid any issue of liberative prescription in the matter;

5. Undersigned counsel filed a complaint against the Defendant, STATE FARM FIRE & CASUALTY COMPANY, based on the limited information Galindo Law Firm had on the claim.

6. It came to undersigned counsel's attention by opposing counsel on December 11th, 2023 that the Defendant did not issue a policy to Plaintiff at the time of Hurricane Ida.

Accordingly, upon due consideration of the facts and law, Plaintiff wishes to voluntarily dismiss her claim.

**WHEREFORE,** undersigned counsel respectfully requests this Honorable Court GRANT this Motion and enter an order dismissing the above-referenced claim.

Respectfully Submitted,

*/s/ Mark Ladd*_____
Mark Ladd
Louisiana Bar Number: 30847
mark@galindolaw.com
Galindo Law Firm
3850 North Causeway Blvd. Ste. 1520
Metairie, Louisiana 70002
Ph. 713-228-3030
Fax 713-228-3003
Email: hurricane@galindolaw.com
**ATTORNEYS FOR PLAINTIFF`**